UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN FRANK, | CASE NO. CV 12-2880 VAP (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| W.J. SULLIVAN, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: June 11, 2012

_____
VIRGINIA A. PHILLIPS
United States District Judge